# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

138932

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

MARILYN FROLING REVOCABLE LIVING
TRUST,
      Plaintiff-Appellant,

v

BLOOMFIELD HILLS COUNTRY CLUB,
DONALD DREYFUSS, ELISA DREYFUSS,
MARY D. BRIGHT TRUST, NANCY R.
VLASIC REVOCABLE LIVING TRUST, JOHN
RAKOLTA, JR., TERRY RAKOLTA, and
THOMAS VARBEDIAN,
      Defendants,
and

ALAN KIRILUK, MARILYNNE KIRILUK,
ROGER B. SMITH, BARBARA SMITH,
GREGG WILLIAMS, CINDI WILLIAMS, and
CITY OF BLOOMFIELD HILLS,
      Defendants-Appellees.

SC: 138932
COA: 275580
Oakland CC: 2004-062223-CZ

_____/

On order of the Court, the application for leave to appeal the April 9, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

KELLY, C.J., and CAVANAGH and HATHAWAY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

Clerk

0916